No. 03–11003. NELSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–11004. MCCLURKIN v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 03–11005. KASSEBAUM v. WALSH, SUPERINTENDENT, SULLIVAN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 03–11006. KIRKHAM, AKA RO v. UNITED STATES; and
No. 03–11048. ANDERSON, AKA NELSON, AKA WEST, AKA JONES, ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–11007. ARORA v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–11008. BURCH v. MCDANIEL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–11009. SANDERS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 03–11010. SEGURA v. BARNHART, COMMISSIONER OF SOCIAL SECURITY. C. A. 5th Cir. Certiorari denied.

No. 03–11011. STRICKLAND v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–11012. REDFORD v. REDFORD. Super. Ct. Gwinnett County, Ga. Certiorari denied.

No. 03–11013. ROMER v. YUBA COUNTY, CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–11014. ZIEGLER, AKA LILLY v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 03–11015. BURSEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–11016. WRIGHT v. UNITED STATES. C. A. 10th Cir. Certiorari denied.